UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DESIMONE HOSPITALITY SERVICES, LLC,

      Plaintiff,

v.                          Lead Civil Action No.: 2:14-14845

WEST VIRGINIA-AMERICAN WATER COMPANY,

      Defendant.

## ORDER

Respecting the pending consolidated motion to remand, it is ORDERED as follows:

1. That counsel be, and hereby are, directed to file on July 30, 2015, a status report, not to exceed 15 pages in length, that provides an overview of the material events in the main bankruptcy case from the filing of the petition up to the present time, with a discussion of the current posture of the claims filed by the personal injury plaintiffs and the water company defendant(s) and the treatment of those claims, if any, in the proposed plan, along with any contemplated objections to that treatment and any parties' intentions respecting any claims expected to pass through;

2.    That the parties be, and hereby are, directed to file supplemental briefs respecting how the matters raised in the aforementioned status report affect the permissive abstention and equitable remand issues presented in the briefing currently under consideration, with the plaintiffs' supplemental brief due on August 7, 2015, with defendants' supplemental response brief due August 17, 2015, and plaintiffs' supplemental reply brief due August 24, 2015.

The Clerk is directed to send a copy of this order to counsel of record and any unrepresented parties.

DATED:  July 22, 2015

John T. Copenhaver Jr.
United States District Judge